7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Penny S Sutter
*Debtor*

*Bankruptcy Case No.*
12–41982–jwv7

**First National Bank of Omaha**
   Plaintiff(s)

*Adversary Case No.*
12–04207–jwv

v.

**Penny S Sutter**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Jerry W. Venters , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Judgment is entered in favor of Plaintiff, First National Bank of Omaha and against Penny S Sutter, Defendant, in the total amount of $11,747.97.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
      Deputy Clerk

Date of issuance: 12/12/12

Court to serve